IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02366-BNB

MARIO RIVERA MUNOZ,

    Plaintiff,

v.

ARISTEDES ZAVARA[S], Executive Director of the Colorado Department of Corrections,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Mario Rivera Munoz, currently is in the custody of the Colorado Department of Corrections and is incarcerated at Crowley County Correctional Facility. Mr. Munoz has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. The Court must construe the Complaint liberally because Mr. Munoz is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Munoz will be ordered to file an Amended Complaint.

The Court has reviewed the Prisoner Complaint filed by Mr. Munoz and finds that it is deficient. Mr. Munoz appears to assert violations of his Eighth Amendment right, because he alleges that he has been denied medical treatment. Nonetheless, he fails to assert how the only named Defendant, Executive Director Aristedes Zavaras, violated his constitutional rights.

Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Munoz must show that each named defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant, such as Executive Director Zavaras, may not be held liable merely because of his or her supervisory position. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).).

Mr. Munoz fails to assert how Defendant Zavaras personally participated in the alleged constitutional violations. Therefore, he will be directed to file an Amended Complaint that alleges how all named Defendants personally participated in the alleged constitutional violates. The Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007).

Mr. Munoz also should note that he may use fictitious names, such as Jane or John Doe, if he does not know the real names of the individuals who allegedly violated his rights. However, if Plaintiff uses fictitious names he must provide sufficient information about each defendant so that each defendant can be identified for purposes of service. Accordingly, it is

ORDERED that Mr. Munoz file **within thirty days from the date of this Order** an Amended Complaint that complies with the Order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Munoz, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint.  It is

FURTHER ORDERED that if Mr. Munoz fails to file an Amended Complaint that complies with this Order, within the time allowed, the action will be dismissed without further notice.

DATED November 17, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02366-BNB

Mario Rivera Munoz
Reg No. 119973
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 11/17/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk