IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02366-BNB

MARIO RIVERA MUNOZ,

    Plaintiff,

v.

ARISTEDES ZAVARA[S], Executive Director of the Colorado Department of Corrections,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Mario Rivera Munoz, is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Munoz initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

By order dated October 5, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Munoz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Munoz to submit a certified copy of his trust fund account statement for the six-month period immediately preceding his filing. On October 14, 2009, Mr. Munoz submitted a certified copy of his trust fund account statement.

Magistrate Judge Boland granted Mr. Munoz leave to proceed pursuant to § 1915 by order dated October 16, 2009. On November 17, 2009, Magistrate Judge Boland determined that Mr. Munoz's complaint was deficient, because it failed to allege

facts that demonstrate how the named Defendant personally participated in the asserted constitutional violations. Therefore, Mr. Munoz was ordered to file an amended complaint, and was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On December 8, 2009, Mr. Munoz requested an extension of time to file his amended pleading. By minute order dated December 9, 2009, Magistrate Judge Boland granted Mr. Munoz a thirty-day extension of time. However, Mr. Munoz has now failed to file an amended complaint, as directed by Magistrate Judge Boland, and he has not communicated with the Court since December 8, 2009. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for failure to file an amended pleading within the time allowed.

DATED at Denver, Colorado, this 28 day of JANUARY, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02366-BNB

Mario Rivera Munoz
Reg No. 119973
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/29/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk